**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

APR 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                   INDICTMENT NO. 6:26-CR-65-REW-HAI

**JUWAN POWELL**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about July 7, 2024, in Clay County, in the Eastern District of Kentucky,

**JUWAN POWELL**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 18 U.S.C. § 1791(a)(2)

On or about July 7, 2024, in Clay County, in the Eastern District of Kentucky,

**JUWAN POWELL,**

an inmate at the Federal Correctional Institution Manchester, obtained and possessed a prohibited object, to wit, a mixture or substance containing cocaine, a Schedule II controlled substance, all in violation of 18 U.S.C. §§ 1791(a)(2) and (b)(1).

A TRUE BILL

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

KELLY K. RIDINGS
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense**:
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.